**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LAVON BILLUPS
    -vs-
Chicago Police Officer T. KINSELLA, No. 17145
et. al.

Case Number: 08cv3365

```
FILED: JUNE 11, 2008
08CV3365
JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAVON BILLUPS, Plaintiff

TC

| | |
|---|---|
| NAME (Type or print) <br> Franco Sal La Marca | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Franco Sal La Marca | |
| FIRM <br> Erickson & Oppenheimer, PC | |
| STREET ADDRESS <br> 4554 N. Broadway, Suite 325 | |
| CITY/STATE/ZIP <br> Chicago, IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6292220 | TELEPHONE NUMBER <br> 773-907-0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |