**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>LAVON BILLUPS<br>     -vs-<br>Chicago Police Officer T. KINSELLA, No. 17145<br>et. al. | Case Number: 08cv3365<br><br>FILED: JUNE 11, 2008<br>08CV3365<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LAVON BILLUPS, Plaintiff

TC

| |
|---|
| NAME (Type or print)<br>Michael D. Oppenheimer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/  Michael D. Oppenheimer |
| FIRM<br>Erickson & Oppenheimer, PC |
| STREET ADDRESS<br>4554 N. Broadway, Suite 325 |
| CITY/STATE/ZIP<br>Chicago, IL 60640 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6202614 | TELEPHONE NUMBER<br>773-907-0940 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐