UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAVON BILLUPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 3365 |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | JUDGE LEFKOW |
| | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

To:   John Erickson
      Erickson & Oppenheimer, P.C.
      4554 N. Broadway, Ste. 325
      Chicago, Il 60640

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, and via Electronic Filing before 5:00 p.m. on this 22nd day of August, 2008.
**PLEASE TAKE FURTHER NOTICE** that on **August 28, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Lefkow, or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

**DATED** this 22nd day of August, 2008.

                                        Respectfully submitted,

                                        MARA S. GEORGES
                                        Corporation Counsel of the City of Chicago

                                        By: /s/ Suyon Reed
                                        Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois  60602
(312) 744-3283
Attorney No. 06280973